≈JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Elizabeth Bonnie Akerley

### DEFENDANTS
See attachment

**(b)** County of Residence of First Listed Plaintiff: Essex Cty. MA
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Chittenden Cty., VT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Mertz, Talbott & Simonds, PLC, 126 College St., Ste. 305, Burlington VT 05401, (802) 660-4800, Gregory S. Mertz, Esq., Attorney of Record.

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| | | | | ☒ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | |
| ☐ 195 Contract Product Liability | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / **Habeas Corpus:** | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | / ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | | | |
| | / ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 446 Amer. w/Disabilities - Other / ☐ 555 Prison Condition | | | |
| | ☐ 440 Other Civil Rights | | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
15 U.S.C. Secs. 77v(a) and 78aa
Brief description of cause:
Fraudulent sale of unregistered and non-exempt securities

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ See attachment
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____ DOCKET NUMBER _____

DATE 11/29/05
SIGNATURE OF ATTORNEY OF RECORD
Gregory A. Mertz

**FOR OFFICE USE ONLY**

RECEIPT # 23089   AMOUNT $250.00   APPLYING IFP _____   JUDGE 1011   MAG. JUDGE _____

2:05cv-314

Sum. iss

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| ELIZABETH BONNIE AKERLEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NORTH COUNTRY STONE, INC., JOHN )<br>BYORS, RACHEL BYORS, VERMONT )<br>MARBLE INVESTORS GROUP, INC., )<br>VERMONT MARBLE INTERNATIONAL, )<br>LLC, BARNEY MARBLE COMPANY, INC. )<br>and RICHARD E. HEARN, )<br>)<br>Defendants. )<br>) | Case No. _____<br><br>**ATTACHMENT TO**<br>**CIVIL COVER SHEET** |

### I. (a) DEFENDANTS

North Country Stone, Inc., John Byors, Rachel Byors, Vermont, Marble Investors Group, Inc., Vermont Marble International, LLC, Barney Marble Company, Inc. and Richard E. Hearn

### VII. DEMAND $

$615,000.00 in consideration paid, together with interest from the date of payment, statutorily enhanced and/or punitive damages, costs, and attorney's fees and expenses, less income received on the securities totaling $32,000.00.

Dated: November 29, 2005

                                          Gregory S. Mertz, Esq.
                                          MERTZ, TALBOTT & SIMONDS, PLC
                                          126 College Street, Suite 305
                                          P.O. Box 1398
                                          Burlington VT 05402-1398
                                          Tel: (802) 660-4800
                                          Fax: (802) 651-5374
                                          E-mail: gmertz@mtslegal.com

                                          *Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

|  |  |
|---|---|
| ELIZABETH BONNIE AKERLEY,<br><br>Plaintiff,<br><br>v.<br><br>NORTH COUNTRY STONE, INC., JOHN BYORS, RACHEL BYORS, VERMONT MARBLE INVESTORS GROUP, INC., VERMONT MARBLE INTERNATIONAL, LLC, BARNEY MARBLE COMPANY, INC. and RICHARD E. HEARN,<br><br>Defendants. | Case No. _____ |

## SERVICE LIST

| | |
|---|---|
| North Country Stone, Inc.<br>John Byors, Registered Agent<br>18 Ledgewood Drive<br>Williston VT 05495 | Vermont Marble International, LLC<br>John Byors, Registered Agent<br>18 Ledgewood Drive<br>Williston VT 05495 |
| John Byors<br>18 Ledgewood Drive<br>Williston VT 05495 | Barney Marble Company, Inc.<br>Gary R. Kupferer, Registered Agent<br>25 Washington Street<br>Rutland VT 05701 |
| Rachel Byors<br>18 Ledgewood Drive<br>Williston VT 05495 | Richard E. Hearn<br>18 Ledgewood Drive<br>Williston VT 05495 |
| Vermont Marble Investors Group, Inc.<br>John Byors, Registered Agent<br>18 Ledgewood Drive<br>Williston VT 05495 | |

Dated: November 29, 2005

Gregory S. Mertz, Esq.
MERTZ, TALBOTT & SIMONDS, PLC

                            126 College Street, Suite 305
                            P.O. Box 1398
                            Burlington VT 05402-1398
                            Tel: (802) 660-4800
                            Fax: (802) 651-5374
                            E-mail: gmertz@mtslegal.com

*Attorneys for Plaintiff*