UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2006 FEB 6 PM 3 27

BY _____
DEPUTY CLERK

| | |
|---|---|
| ELIZABETH BONNIE AKERLEY,<br>    Plaintiff,<br><br>v.<br><br>NORTH COUNTRY STONE, INC., JOHN BYORS, RACHEL BYORS, VERMONT MARBLE INVESTORS GROUP, INC., VERMONT MARBLE INTERNATIONAL, LLC, BARNEY MARBLE COMPANY, INC. and RICHARD E. HEARN,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civ. No. 2:05-CV-314 RK |

## ENTRY OF DEFAULT

The Plaintiff having filed an application for Entry of Default as to Defendant(s):

    North Country Stone, Inc.
    John Byors
    Rachael Byors
    Vermont Marble Investors Group, Inc.
    Vermont Marble International, LLC

It appearing that said Defendant(s) have failed to plead, file a verified answer or otherwise defend, **DEFAULT** of Defendant(s):

    North Country Stone, Inc.
    John Byors
    Rachael Byors
    Vermont Marble Investors Group, Inc.
    Vermont Marble International, LLC

is hereby entered pursuant to Rule 55(a), F.R.Civ.P.

Dated at Burlington, in the District of Vermont, this 6th day of February, 2005.

                                **RICHARD PAUL WASKO**
                                Clerk of Court

                                BY: _Lisa Wright_
                                **Deputy Clerk**

## CERTIFICATE OF SERVICE

I, Richard Paul Wasko, Clerk for the United States District Court for the District of Vermont, thereby certify that on February 6, 2006, I served the foregoing Entry of Default as to the above-cited Defendant(s) by mailing a copy of same, postage prepaid, as follows:

Gregory Mertz, Esq.
P.O. Box 1398
Burlington, VT 05402-1398

Robert S. Wolfe, Esq.
Robert Wolfe Associates, P.C.
65 Middle Street
Gloucester, MA 01930

Gary R. Kupferer, Esq.
Webber, Chapman & Kupferer, Ltd.
25 Washington Street
P.O. Box 807
Rutland, VT 05702-0807

Debra L. Bouffard, Esq.
R. Jeffrey Behm, Esq.
Sheehey Furlong & Behm P.C.
30 Main Street, 6th Floor
P.O. Box 66
Burlington, VT 05402-0066

North Country Stone, Inc.
c/o John Byors (Registered Agent)
18 Ledgewood Drive
Williston, VT 05495

John Byors
18 Ledgewood Drive
Williston, VT 05495

Rachel Byors
18 Ledgewood Drive
Williston, VT 05495

Vermont Marble Investors Group, Inc.
c/o John Byors (Registered Agent)
18 Ledgewood Drive
Williston, VT 05495

Vermont Marble International, LLC
c/o John Byors (Registered Agent)
18 Ledgewood Drive
Williston, VT 05495

**RICHARD PAUL WASKO**
**Clerk of Court**

BY: *Lisa Wright*
**Deputy Clerk**