AO 450 (Rev. 5/85)  Judgment in a Civil Case

# United States District Court
## District of Vermont

| | |
|---|---|
| ELIZABETH BONNIE AKERLEY,<br><br>    Plaintiff,<br><br>v.<br><br>NORTH COUNTRY STONE, INC.,<br>JOHN BYORS, RACHEL BYORS, VERMONT<br>MARBLE INVESTORS GROUP, INC.,<br>VERMONT MARBLE INTERNATIONAL, LLC,<br>BARNEY MARBLE COMPANY, INC.,<br>RICHARD E. HEARN,<br><br>    Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER: 2:05-CV-314 |

    **Jury Verdict.** This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

**X  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Memorandum of Decision (Document No. 155) filed on May 6, 2009, JUDGMENT IS HEREBY entered for defendant Barney Marble Company, Inc. against plaintiff Elizabeth Bonnie Akerley.

Pursuant to the Court's Memorandum and Order (Document No. 125) filed on September 30, 2008, defendant Barney Marble Company, Inc.'s Motion for Judgment on the Pleadings on the civil RICO Claim (Document No. 94) is GRANTED.

Pursuant to the Stipulation and Order of Dismissal with Prejudice (Document No. 98) filed on October 26, 2007, all claims against defendant Richard E. Hearn are DISMISSED.

Also, pursuant to the Court's Memorandum and Order (Document No. 66) filed on July 28, 2006, plaintiff's Motion for Severance, Assessment of Damages, for Entry of Separate Judgment was granted in part, denied in part.   JUDGMENT IS HEREBY entered for plaintiff Elizabeth Bonnie Akerley against defendants North Country Stone, Inc., John Byors, Rachel Byors, Vermont Marble Investors Group, Inc. and Vermont Marble International, LLC.

Date: May 6, 2009

JEFFREY S. EATON
Clerk

*/s/ Lisa Wright*

JUDGMENT ENTERED ON DOCKET  (By) Deputy Clerk
DATE:   05/06/2009